JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Appellant, *v.* H. ELY GOLDSMITH, Respondent.

Argued January 12, 1939; decided February 21, 1939.

*John J. Bennett, Jr., Attorney-General (Colin McLennan* and *John F. X. McGohey* of counsel), appellant.

*Edward U. Roth, Henry W. Proffitt* and *Chester Mayer* for Association of the Bar of the City of New York, *amicus curiæ.*

*Frank Serri* amd *Henry W. Beer* for Federal Bar Association of New York, New Jersey and Connecticut, *amicus curiæ.*

*Horace G. Marks* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.